IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcider O. Wigfall, ) | |
| ) | C/A No. 4:16-2495-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Marcider O. Wigfall brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income. By order filed May 19, 2017, the court reversed the decision of the Commissioner and remanded the cause under sentence four of 42 U.S.C. § 405(g) for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed August 14, 2017. Counsel moves for attorneys' fees in the amount of $4,302.38 and $16.00 in expenses. On August 23, 2017, the Commissioner filed a response indicating that she does not object to the fees and expenses sought by Plaintiff. Accordingly,

Plaintiff's motion for attorney's fees under the EAJA (ECF No. 29) is **granted** in the amount

of $4,318.38 ($4,302.38 + 16.00) to be paid in accordance with the Commissioner's procedures set forth in her response.

    **IT IS SO ORDERED**.

/s/ Margaret B. Seymour<br>Senior United States District Judge

Columbia, South Carolina

September 6, 2017